AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California  ▼

| | |
|---|---|
| **DOS AMICAS LLC** <br><br><br> _____ <br> *Plaintiff(s)* <br> v. <br> **KATIE OSBORN SPIRKO, an individual; DANA CROSLAND MCLENDON, an individual; and DOES 1 through 10.** <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. **2:26-cv-4915 DSF (SSCx)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    **KATIE OSBORN SPIRKO**
**2200 21st Avenue South**
**Suite 401**
**Nashville, TN 37212**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Michael David Douglas, Esq.
THE LAW OFFICE OF MICHAEL DAVID DOUGLAS ("MDDLegal")
606 Venice Blvd. #318
Venice, CA 90291
mdouglas@mddlegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brian D. Karth
*CLERK OF COURT*

Date:  __May 12, 2026__

/s/    *Jennylam*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. **2:26-cv-4915**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Katie Spirko
was received by me on *(date)* 5/12/26 .

☑ I personally served the summons on the individual at *(place)* 3200 Freeman Hollow Rd, Goodlettsville, TN 37072 on *(date)* May 23, 2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/29/26

_____
Server's signature

Randall Roby
_____
Printed name and title

Expedite
214 2nd Ave N, suite 205
Nashville, TN 37201
615-852-6190

Server's address

Additional information regarding attempted service, etc: