# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DOS AMICAS LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>KATIE OSBORN SPIRKO, an individual; DANA CROSLAND McLENDON, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO. 2:26-cv-04915-DSF**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DANA CROSLAND McLENDON III'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1)**<br><br>Date:     August 17, 2026<br>Time:    1:30 p.m.<br>Crtrm:   7D<br><br>Assigned for All Purposes to:<br>Hon. Dale S. Fischer, Courtroom 7D |

825527.1

ORDER GRANTING DEFENDANT DANA CROSLAND McLENDON III'S
MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1)

**ORDER**

On August 17, 2026, at 1:30 p.m., in Courtroom 7D of the above-captioned Court, or as soon thereafter as the matter could be heard, Defendant DANA CROSLAND MCLENDON III's ("Defendant") Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) (the "Motion") came on for hearing in the above-captioned courthouse, the Honorable Dale S. Fischer presiding.  All parties were represented at the hearing by their respective counsel of record.

Having reviewed the Motion and all papers filed in support of and, if any, in opposition to the Motion, and having heard the arguments of counsel, and for good cause shown, the Court **HEREBY ORDERS** that:

1.  Defendant's Motion is **GRANTED**.

2.  Plaintiff Dos Amicas LLC's Complaint against Defendant Dana Crosland McLendon III is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

**IT IS SO ORDERED**.

DATED:  _____    _____

Hon. Dale S. Fischer
United States District Judge