**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DOS AMICAS LLC, a Nevada Limited Liability Company,<br><br>        Plaintiff,<br><br>    v.<br><br>KATIE OSBORN SPIRKO, an individual; DANA CROSLAND McLENDON, an individual; and DOES 1-10, inclusive,<br><br>        Defendants. | **CASE NO. 2:26-cv-04915-DSF**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DANA CROSLAND McLENDON III'S SPECIAL MOTION TO STRIKE UNDER CAL. CODE CIV. PROC. § 425.16 (ANTI-SLAPP)**<br><br>Date:    August 17, 2026<br>Time:    1:30 p.m.<br>Crtrm: 7D<br><br>**[FILED WITHOUT WAIVER OF PENDING 12(b)(2) MOTION]**<br><br>Assigned for All Purposes to:<br>Hon. Dale S. Fischer, Courtroom 7D |

825528.1

ORDER GRANTING DEFENDANT DANA CROSLAND McLENDON III'S
SPECIAL MOTION TO STRIKE UNDER CAL. CODE CIV. PROC. § 425.16

## <u>ORDER</u>

On August 17, 2026, at 1:30 p.m., in Courtroom 7D of the above-captioned Court, or as soon thereafter as the matter could be heard, Defendant DANA CROSLAND MCLENDON III's ("Defendant") Special Motion to Strike Under Cal. Code Civ. Proc. § 425.16 (anti-SLAPP) (the "Motion") came on for hearing in the above-captioned courthouse, the Honorable Dale S. Fischer presiding.  All parties were represented at the hearing by their respective counsel of record.

Having reviewed the Motion and all papers filed in support of and, if any, in opposition to the Motion, and having heard any arguments of counsel, and for good cause shown, the Court **HEREBY ORDERS** that:

1.    Defendant's Motion is **GRANTED**.

2.    Plaintiff's Third Cause of Action (Intentionally Inducing Breach of Contract), Fourth Cause of Action (Intentional Interference with Prospective Economic Advantage), and Sixth Cause of Action (Civil Conspiracy) against Defendant Dana Crosland McLendon III are **STRICKEN WITH PREJUDICE**.

3.    Defendant is the prevailing party on this Motion and is entitled to recover his reasonable attorneys' fees and costs pursuant to California Code of Civil Procedure § 425.16(c)(1).  Defendant shall file a separate motion establishing the amount of his reasonable attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: _____    _____
Hon. Dale S. Fischer
United States District Judge

825528.1

2

ORDER GRANTING DEFENDANT DANA CROSLAND McLENDON III'S
SPECIAL MOTION TO STRIKE UNDER CAL. CODE CIV. PROC. § 425.16