MARK A. BARONDESS (State Bar No. 199901)
mbarondess@millerbarondess.com
COLIN H. ROLFS (State Bar No. 280654)
crolfs@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
DANA CROSLAND McLENDON III

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DOS AMICAS LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>KATIE OSBORN SPIRKO, an individual; DANA CROSLAND McLENDON, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO. 2:26-cv-04915-DSF**<br><br>**DECLARATION OF DANA CROSLAND McLENDON III IN SUPPORT OF DEFENDANT'S MOTIONS TO DISMISS AND SPECIAL MOTION TO STRIKE**<br><br>Date:     August 17, 2026<br>Time:    1:30 p.m.<br>Crtrm:   7D<br><br>Assigned for All Purposes to:<br>Hon. Dale S. Fischer, Courtroom 7D |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

823755.1

DECLARATION OF DANA CROSLAND McLENDON III IN SUPPORT OF DEFENDANT'S MOTIONS TO DISMISS AND SPECIAL MOTION TO STRIKE

## **DECLARATION OF DANA CROSLAND McLENDON III**

I, Dana Crosland McLendon III, declare as follows:

1. I am a defendant in this action. I make this declaration based on my personal knowledge and am competent to testify to the matters set forth herein. If called as a witness, I could and would testify competently to the following facts:

2. I am a trial attorney licensed to practice law in the State of Tennessee pursuant to Tennessee Board of Professional Responsibility Number 016214. I have practiced law continuously since 1993. My practice is based in Franklin, Tennessee. I practice criminal defense, family law, and general civil litigation in trial and appellate courts in Tennessee, predominantly in middle Tennessee. I try cases and argue appeals. That is the exclusive province of my legal practice.

3. I have no office, property, bank accounts, registered agents, employees, or clients in California. I do not maintain any ongoing business relationships in California. I am not registered to practice law in California. I have no regular contacts with the State of California.

4. I am not a party to any written contract that submits me to jurisdiction in California. I have never agreed to a forum selection clause designating California as a forum for any dispute. Specifically, I am not a signatory to the Appearance Release Agreement between Dos Amicas LLC and Dr. Katie Spirko that is at issue in this litigation. I was not involved in the negotiation or execution of that agreement. I did not learn of the existence of that agreement until a telephone call in approximately May 2025.

5. My only visits to California in the past decade have been limited to the following: (a) approximately ten years ago, I traveled to California a few times in connection with an unrelated movie project that never materialized; (b) on one occasion, I passed through the San Diego airport to escort an individual to a rehabilitation facility in Mexico; and (c) on two or three occasions, I attended baseball games. None of these visits had any connection to the matters at issue in

DECLARATION OF DANA CROSLAND McLENDON III IN SUPPORT OF DEFENDANT'S MOTIONS TO DISMISS AND SPECIAL MOTION TO STRIKE

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

this litigation.

6.    I have never directed any business activity, tortious conduct, or other purposeful act at the State of California in connection with any matter alleged in the Complaint. Every action attributed to me in the Complaint occurred in Tennessee: my representation of Dr. Spirko in the Tennessee Litigation was conducted from Tennessee; the "Trial and Error" podcast was recorded in Tennessee; any telephone calls or communications took place from Tennessee; and any social media activity occurred from Tennessee.

7.    Dr. Katie Osborn Spirko is a forensic and clinical neuropsychologist who resides in Nashville, Tennessee. Dr. Spirko regularly works as a court-appointed expert in the same courts in which I practice, and she has served as an expert in cases I have handled.

8.    In approximately May 2025, Dr. Spirko retained me to represent her interests in connection with disputes relating to the Appearance Release Agreement she had signed with Dos Amicas LLC. On October 1, 2025, acting as Dr. Spirko's attorney, I filed a complaint on her behalf in the Chancery Court of Davidson County, Tennessee, captioned *Spirko v. Dos Amicas LLC*, et al., Case No. 25-1383-III (the "Tennessee Litigation"). That complaint sought a declaratory judgment that the Appearance Release Agreement is invalid, void, voidable, and/or unenforceable, and sought injunctive relief preventing Dos Amicas from enforcing it against Dr. Spirko.

9.    My filing and prosecution of the Tennessee Litigation was undertaken in my capacity as Dr. Spirko's attorney, in the exercise of my professional duties and obligations under the Tennessee Rules of Professional Conduct. Any legal advice I provided to Dr. Spirko regarding the enforceability or validity of the Appearance Release Agreement was given in the context of our attorney-client relationship.

10.    I have since withdrawn as Dr. Spirko's counsel in the Tennessee

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DECLARATION OF DANA CROSLAND McLENDON III IN SUPPORT OF DEFENDANT'S MOTIONS TO DISMISS AND SPECIAL MOTION TO STRIKE

Litigation, with Dr. Spirko's consent and after consulting with the Tennessee Board of Professional Responsibility, to devote myself to representing Zach Adams in his post-conviction proceedings

11.     Dr. Spirko and I co-host a podcast called "Trial and Error," which is available at www.thetrialanderrorpodcast.com. We began recording and releasing episodes in approximately late 2024. The podcast discusses the case of *State v. Zachary R. Adams* — a nationally reported criminal prosecution in Tennessee concerning the 2011 kidnapping, rape, and murder of Holly Bobo and the subsequent conviction of Zachary Adams in 2017.

12.     The purpose of the podcast is to bring public attention to what Dr. Spirko and I believe, based on extensive investigation and review of evidence, is a grave miscarriage of justice. Our belief in Zach Adams' actual innocence is based not merely on his own account, but on evidence including alleged Brady violations by the prosecution, perjured testimony, and the recantation of the state's key witness, Jason Autry, whose recantation was captured on video by Dr. Spirko and aired on national television (including ABC's 20/20).

13.     The "Trial and Error" podcast is entirely our original content. Every episode represents our own independent research, investigation, analysis, and advocacy. We discuss publicly available facts about the Zach Adams criminal case — matters of public record. We have not used, copied, reproduced, or incorporated any creative content, footage, materials, or works created by or belonging to Dos Amicas LLC or any other party.

14.     On May 21, 2026, Dr. Spirko and I publicly announced that I would be leaving the podcast to become Zach Adams' lawyer for his anticipated appeal and potential retrial. At the time of that announcement, we were unaware that Dos Amicas had filed this lawsuit in Los Angeles.

15.     I have never seen, accessed, viewed, possessed, copied, reproduced, or distributed the "sizzle reel" that Plaintiff references in its Complaint. I have never

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DECLARATION OF DANA CROSLAND McLENDON III IN SUPPORT OF DEFENDANT'S MOTIONS TO DISMISS AND SPECIAL MOTION TO STRIKE

seen any footage, creative content, treatment, or other materials created by Dos Amicas LLC in connection with its purported documentary project.

16.    Neither Dr. Spirko nor I possess any copies of anything Dos Amicas has recorded or created. Everything Dr. Spirko and I have published through the "Trial and Error" podcast and related media is original work or constitutes fair use and/or public domain content, including news reports, court records, and publicly available information about the Zach Adams criminal case.

17.    I have conducted searches for any copyright registrations by Dos Amicas LLC with the United States Copyright Office and have been unable to locate any issued registrations for any work identified in the Complaint.

18.    Facts about a criminal proceeding — including the circumstances of Holly Bobo's disappearance, the investigation, the prosecution of Zachary Adams, and the post-conviction proceedings — are matters of public record. Multiple media outlets, including national television programs, have reported extensively on these events. Dr. Spirko and I discussing these same publicly known facts in our podcast does not constitute copying or reproduction of any creative work by Dos Amicas.

19.    I have a prior professional history with Natasha Pavlovich, a managing member of Dos Amicas LLC. I represented Joe Lara, the father of Ms. Pavlovich's child, in an extremely contested custody case in Tennessee. I prevailed on behalf of my client in that matter. I am aware that Ms. Pavlovich has always harbored animosity toward me since that litigation.

20.    I did not know about the Appearance Release Agreement or Dr. Spirko's arrangement with Dos Amicas until approximately May 2025, when Ms. Pavlovich, Dr. Spirko, and I participated in a telephone call during which I first learned of the Release. Had Dr. Spirko consulted me before entering into the agreement, I would have advised against involving Ms. Pavlovich given our adversarial history.

21.    To my knowledge, Dos Amicas' purported documentary project

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

DECLARATION OF DANA CROSLAND McLENDON III IN SUPPORT OF DEFENDANT'S MOTIONS TO DISMISS AND SPECIAL MOTION TO STRIKE

consists of, at most, footage from a single day of filming in or around west Tennessee in approximately June 2024 (at which I was not present), a possible recording of a Zoom meeting that occurred in approximately summer 2025, and whatever "sizzle reel" they may have assembled from public domain news stories and the footage from that one day.

22.    Dos Amicas has done no substantial work on its purported project since the summer of 2025, to my knowledge. No one connected to the Adams family or the Zach Adams case — other than Dr. Spirko and me — has ever met Natasha Pavlovich. The Adams family is deeply loyal to Dr. Spirko. Without Dr. Spirko's cooperation, Dos Amicas has no access to the witnesses, family members, or participants whose involvement would be necessary for any legitimate documentary project about the Zach Adams case.

23.    I note that in neither this litigation nor the Tennessee Litigation has Dos Amicas sought any temporary restraining order or preliminary injunctive relief. If Plaintiff genuinely believed it had a viable, time-sensitive project being actively harmed, the absence of any emergency relief request is notable.

24.    The Tennessee Litigation was filed on October 1, 2025. In that case, Dos Amicas filed a series of motions that caused significant delay. On the eve of what I believe would have been an unfavorable ruling on those motions, Dos Amicas filed this lawsuit in Los Angeles on May 6, 2026. I believe this lawsuit was filed as a strategic collateral attack designed to burden Dr. Spirko and me with litigation 2,000 miles from our homes, and to punish us for our protected speech and petitioning activity.

25.    The podcast, the Tennessee Litigation, and all of my work on the Zach Adams case have been undertaken at my own expense. I have never invoiced Dr. Spirko for the work I performed on her behalf in connection with the Tennessee Litigation. I am a solo practitioner in Franklin, Tennessee. Defending a lawsuit 2,000 miles away in Los Angeles imposes an extraordinary financial and logistical

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

DECLARATION OF DANA CROSLAND McLENDON III IN SUPPORT OF DEFENDANT'S MOTIONS TO DISMISS AND SPECIAL MOTION TO STRIKE

burden on me.

26.    The Complaint erroneously references "Doug Adams" as one of the parties who allegedly signed Appearance Release Agreements with Dos Amicas. The correct name is Dick Adams — Zach Adams' grandfather. "Doug" may refer to Douglas Bates IV, who is Zach Adams' appointed counsel for post-conviction relief, not a family member who would have signed a release. This error demonstrates Plaintiff's unfamiliarity with the basic facts of the very case it purports to be developing a documentary about.

27.    The Appearance Release Agreement, as I reviewed it when it was provided to me in May 2025, contains an exclusivity provision that purports to prohibit Dr. Spirko from participating in or cooperating with "any other project or work in any media . . . that is about the same or similar subject matter as the Production" for one year following "the initial commercial release of the Production." Given that no "Production" has been commercially released — and by all indications none is forthcoming — this provision would effectively impose a perpetual restraint on Dr. Spirko's ability to speak publicly about the Zach Adams case, which raises serious enforceability concerns under California and Tennessee law.

28.    As a result of the filing of the Plaintiff's frivolous action, I have been forced to incur substantial and unnecessary attorney's fees to defend the Complaint.

I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 14th day of July, 2026, in Franklin, Tennessee.

Dana Crosland McLendon III

DECLARATION OF DANA CROSLAND McLENDON III IN SUPPORT OF DEFENDANT'S MOTIONS TO DISMISS AND SPECIAL MOTION TO STRIKE

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400