MARK A. BARONDESS (State Bar No. 199901)
mbarondess@millerbarondess.com
COLIN H. ROLFS (State Bar No. 280654)
crolfs@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
DANA CROSLAND McLENDON III

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DOS AMICAS LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>KATIE OSBORN SPIRKO, an individual; DANA CROSLAND McLENDON, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO. 2:26-cv-04915-DSF**<br><br>**DECLARATION OF MARK A. BARONDESS PURSUANT TO LOCAL RULE 7-3**<br><br>Date:    August 17, 2026<br>Time:    1:30 p.m.<br>Crtrm:  7D<br><br>Assigned for All Purposes to:<br>Hon. Dale S. Fischer, Courtroom 7D |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX (310) 552-8400

## DECLARATION OF MARK A. BARONDESS

I, Mark A. Barondess, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Miller Barondess, LLP, counsel of record for Defendant Dana Crosland McLendon III ("McLendon"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts.

2. I make this declaration pursuant to Local Rule 7-3.

3. On July 8, 2026, at 1:30 p.m., I participated in a telephonic conference with counsel for Plaintiff Dos Amicas LLC ("Plaintiff"), pursuant to Local Rule 7-3, to discuss thoroughly the substance of McLendon's four contemplated motions and any potential resolution of the claims at issue without the need for Court intervention: (1) the Motion to Dismiss for Lack of Subject Matter Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1); (2) the Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2); (3) the Motion to Dismiss for Failure to State a Claim pursuant to Federal Rule of Civil Procedure 12(b)(6); and (4) the Special Motion to Strike pursuant to California Code of Civil Procedure § 425.16 (anti-SLAPP) (collectively, the "Motions").

4. During the conference, I discussed with counsel for Plaintiff the substantive grounds for each of the Motions, including the jurisdictional deficiencies and the anti-SLAPP considerations. We discussed McLendon's position that there was no personal jurisdiction over McLendon, a Tennessee attorney with no relevant forum-related activity, that federal jurisdiction was not alleged, that the Complaint rested on conduct protected by the anti-SLAPP statute, and that each of the claims asserted against McLendon failed because no copyright was identified or infringement alleged and McLendon's conduct (representing a client in litigation in Tennessee and appearing on a podcast) was not wrongful under any of the claims and was privileged conduct. I advised counsel for Plaintiff that, in my assessment,

dismissal of Plaintiff's claims against Mr. McLendon would be an appropriate resolution in light of those deficiencies and would avoid the need for the Court to address the Motions. I notified Plaintiff's counsel that McLendon would seek attorneys' fees and costs in connection with the anti-SLAPP Motion.

5. Counsel for Plaintiff indicated that he would discuss the matter with his client and follow up with me regarding Plaintiff's position.

6. On July 13, 2026, I sent counsel for Plaintiff a follow-up email informing him that McLendon is prepared to file the Motions, and asking whether he had spoken with his client and whether Plaintiff had any intention of dismissing the Complaint. On July 14, 2026, Plaintiff's counsel responded that his client was not willing to dismiss its complaint at this time.

7. As of the date of this declaration, the parties have not reached any resolution that would eliminate the need for the Motions, and the Motions therefore remain necessary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of July, 2026, at Los Angeles, California.

_____
Mark A. Barondess

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

825563.2

3

DECLARATION OF MARK A. BARONDESS PURSUANT TO LOCAL RULE 7-3