Katie Osborn Spirko
2200 21st Avenue South, Suite 401
Nashville, TN 37212
Telephone: (402) 680-4229
Email: katie.spirko@facts.care
**Defendant in Pro Per**



FILED

CLERK, U.S. DISTRICT COURT

7/17/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____jji_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOS AMICAS LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>KATIE OSBORN SPIRKO, an individual; DANA CROSLAND MCLENDON, an individual; and DOES 1–10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-04915-DSF (SSCx)<br><br>**NOTICE OF JOINDER AND JOINDER OF DEFENDANT KATIE OSBORN SPIRKO IN CO-DEFENDANT DANA CROSLAND McLENDON III'S MOTION TO DISMISS [FED. R. CIV. P. 12(b)(1)] (DKT. 14), MOTION TO DISMISS [FED. R. CIV. P. 12(b)(6)] (DKT. 16), AND SPECIAL MOTION TO STRIKE [CAL. CODE CIV. PROC. § 425.16] (DKT. 17)**<br><br>Date: August 17, 2026<br>Time: 1:30 p.m.<br>Courtroom: 7D<br>Judge: Hon. Dale S. Fischer |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Katie Osborn Spirko ("Dr. Spirko"), appearing in pro per, hereby joins in and adopts by reference, pursuant to Federal Rule of Civil Procedure 10(c), the following motions filed by Co-Defendant Dana Crosland McLendon III ("McLendon"), noticed for hearing on August 17, 2026, at 1:30 p.m. in Courtroom 7D, together with the

1

Memoranda of Points and Authorities, the Declaration of Dana Crosland McLendon III (Dkt. 18), and all other papers filed in support thereof, to the extent the arguments therein apply to the claims asserted against Dr. Spirko:

1. McLendon's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) (Dkt. 14). The absence of subject-matter jurisdiction—including Plaintiff's failure to allege the citizenship of all of its members, its failure to substantiate the amount in controversy, and the insubstantiality of its sole federal claim—goes to the Court's power over the entire action and, if sustained, requires dismissal of the Complaint as to all defendants. Fed. R. Civ. P. 12(h)(3);

2. McLendon's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. 16), to the extent it addresses the Third, Fourth, Fifth, and Sixth Causes of Action, each of which is also asserted against Dr. Spirko; and

3. McLendon's Special Motion to Strike Under Cal. Code Civ. Proc. § 425.16 (Dkt. 17), which challenges the same three state-law tort claims (Third, Fourth, and Sixth Causes of Action) that arise from the same protected activity alleged against both Defendants—the first-filed Tennessee litigation and the "Trial and Error" podcast.

Dr. Spirko does not join McLendon's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) (Dkt. 15), which rests on personal-jurisdiction facts unique to McLendon.

This Joinder is based on this Notice, the motions and supporting papers identified above, Dr. Spirko's concurrently filed Notice of Motion and Motion to Dismiss, the pleadings and papers on file in this action, and such further

2

argument as may be presented at or before the hearing. Granting the relief sought in the joined motions as to Dr. Spirko will serve judicial economy by resolving identical issues as to both Defendants in a single proceeding.

Dated: July 17, 2026

Respectfully submitted,

/s/ Katie Osborn Spirko
Katie Osborn Spirko
**Defendant in Pro Per**

DEFENDANT KATIE OSBORN SPIRKO'S NOTICE OF JOINDER — Case No. 2:26-cv-04915-DSF