**THE LAW OFFICE OF MICHAEL DAVID DOUGLAS (MDD Legal)**
Michael David Douglas, Esq. (SBN 265210)
mdouglas@mddlegal.com
606 Venice Blvd. #318
Venice, CA 90291
Telephone: (760) 815-3453

Attorney for Plaintiff,
DOS AMICAS LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOS AMICAS LLC, a Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> KATIE OSBORN SPIRKO, an individual; DANA CROSLAND MCLENDON, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | **Case No: 2:26-cv-04915-DSF-SSC** <br><br><br> **PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS, SPECIAL MOTION TO STRIKE AND JOINDER DIRECTED TO ORIGINAL COMPLAINT** |

Plaintiff DOS AMICAS LLC ("Plaintiff") submits the following Consolidated Opposition to Defendants' Motions to Dismiss, Special Motion to Strike and Joinder Directed to the Original Complaint ("Opposition").

## I.  INTRODUCTION

Out of an abundance of caution, Plaintiff submits this Opposition although Plaintiff filed a First Amended Complaint ("FAC") on August 5, 2026 in accordance with its right to do so pursuant to Federal Rule of Civil Procedure ("Rule") 15(a)(1)(B).

1

The timely filing of the FAC moots each of Defendants' motions directed to the original Complaint and Defendants must now respond to the FAC. The fact that Defendant Dana McLendon filed a Special Motion to Strike pursuant to California Code of Civil Procedure Section 425.16, which Defendant Spirko untimely joined, does not prevent Plaintiff from exercising its right to amend granted by Rule 15(a)(1)(B). Accordingly, Plaintiff respectfully requests the Court order Defendants' motions directed to the original Complaint moot.

**II.  PLAINTIFF TIMELY EXERCISED ITS RIGHT TO AMEND PURSUANT TO RULE 15, THE FIRST AMENDED COMPLAINT SUPERSEDES THE ORIGINAL COMPLAINT AND MOOTS DEFENDANTS' PENDING MOTIONS**

Rule 15 allows a party to amend its pleading once "as a matter of course" within the timeframe established by Rule 15(a)(1). *See* Fed. Rule Civ. P. 15(a)(1). Plaintiff filed and served the FAC on August 5, 2026 which was within twenty-one days of the filing of Defendant McLendon's Motions to Dismiss and Special Motion to Strike and the Joinder and Motion to Dismiss filed by Defendant Spirko on July 21, 2026. *Id*. at subsection (a)(1)(B). Rule 15(a) "gives the pleader an opportunity to consider the wisdom of amending to meet whatever arguments are raised in a responsive pleading or in certain [Rule] 12 motions." Rutter Practice Guide – Federal Civil Procedure Before Trial (Calif. and 9th Cir. Edition) at CAFEDCVIP CH8-F § 8:1401 (citing Comment to 2009 Amendments to Rule 15). Rule 15(a) amendments have the same effect when a defendant has filed a Special Motion to Strike pursuant to California Code of Civil Procedure 425.16. *See Verizon Delaware, Inc. v. Covad Communications Co.* 377 F.3d 1081, 1092 (9th Cir. 2004); *see also In re Eagan Avenatti LLP*, 2021 WL 5759858 at *6 (C.D. Cal. Dec. 2, 2021).

Based on the foregoing, the Court should issue an order declaring Defendants' prior Motions moot to allow the parties to address the amended claims set forth in the FAC. Defendant McLendon's counsel appears to understand that Defendant McLendon must now respond to the FAC based on correspondence exchanged with

**PLAINTIFFS' CONSOLIDATED OPPOSITION RE ORIGINAL COMPLAINT**

counsel on Monday, August 10, 2026. (*See* Declaration of Michael David Douglas at ¶ __, Exhibit A.) Accordingly, Defendants must now respond to the FAC within the applicable time to do so.

**III.    CONCLUSION**

Given Plaintiff filed the FAC as a matter of right pursuant to Rule 15(a)(1)(B), Defendants' Motions filed in response to the original Complaint should be deemed moot given the FAC supersedes and controls.

Dated:  August 10, 2026                          **THE LAW OFFICE OF MICHAEL DAVID DOUGLAS (MDDLegal)**

By: /s/ *Michael David Douglas*
        Michael David Douglas, Esq.
        Attorney for Plaintiff DOS
        AMICAS LLC

**PLAINTIFFS' CONSOLIDATED OPPOSITION RE ORIGINAL COMPLAINT**