**THE LAW OFFICE OF MICHAEL DAVID DOUGLAS (MDD Legal)**
Michael David Douglas, Esq. (SBN 265210)
mdouglas@mddlegal.com
606 Venice Blvd. #318
Venice, CA 90291
Telephone: (760) 815-3453

Attorney for Plaintiff,
DOS AMICAS LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOS AMICAS LLC, a Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> KATIE OSBORN SPIRKO, an individual; DANA CROSLAND MCLENDON, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | Case No: 2:26-cv-04915-DSF-SSC <br><br> **DECLARATION OF MICHAEL DAVID DOUGLAS IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS, SPECIAL MOTION TO STRIKE AND JOINDER ADDRESSING ORIGINAL COMPLAINT** |

I, Michael David Douglas, attorney of record for Plaintiff in this matter, have personal knowledge of the matters stated in this Declaration and declare as follows subject to penalty of perjury under the laws of the State of California and United States of America:

1.    As counsel of record for Plaintiff in this matter, I receive all correspondence regarding this matter from counsel for Defendant McLendon and from Defendant Spirko.

1

DECLARATION OF MICHAEL DAVID DOUGLAS

2.     On August 5, 2026, Plaintiff filed the First Amended Complaint in this action. [Doc. 25].

3.     On Monday, August 10, 2026 I exchanged correspondence with Defendant McLendon's counsel to arrange a time to meet and confer regarding Defendant McLendon's anticipated challenges to the First Amended Complaint. A true and correct copy of this correspondence is attached to this Declaration as **Exhibit A.**

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on the 10th day of August, 2026 in Santa Monica, California.

/s/ *Michael David Douglas*
Michael David Douglas

2

DECLARATION OF MICHAEL DAVID DOUGLAS

# EXHIBIT A

**Monday, August 10, 2026 at 6:46:50 PM Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | RE: Dos Amicas v. Spirko - L.R. 7-3 |
| **Date:** | Monday, August 10, 2026 at 4:55:52 PM Pacific Daylight Time |
| **From:** | Colin H. Rolfs |
| **To:** | Michael Douglas |
| **CC:** | Angelica Ransom, Alexandra Rahimi, Mark A. Barondess, Dr. Katie Spirko |
| **Attachments:** | image001.jpg |

Michael,

We can't agree to that stipulation.  Our client should be dismissed without further delay—he's not subject to personal jurisdiction, and the allegations against him are frivolous.  Please let me know when you're available to meet and confer tomorrow or Wednesday.

Best,

**Colin H. Rolfs**

M I L L E R │ B A R O N D E S S LLP

2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-5242
Fax: 310-552-8400
crolfs@millerbarondess.com
www.millerbarondess.com
Biography

 Please consider the environment – do you really need to print this email?

**From:** Michael Douglas <mdouglas@mddlegal.com>
**Sent:** Monday, August 10, 2026 1:55 PM
**To:** Colin H. Rolfs <crolfs@millerbarondess.com>
**Cc:** Angelica Ransom <aransom@millerbarondess.com>; Alexandra Rahimi <arahimi@millerbarondess.com>; Mark A. Barondess <mbarondess@Millerbarondess.com>; Dr. Katie Spirko <katie.spirko@facts.care>
**Subject:** Re: Dos Amicas v. Spirko - L.R. 7-3

Hi Colin,

I was planning to file an opposition today asking the Court to moot the pending motions given it has not done so yet. However, given it appears your client is planning to approach the First Amended Complaint ("FAC") independently, as plaintiff contends it should, are you willing to execute a stipulation that new motions will be filed in response to the FAC? Please let me know as soon as you are able today.

I have also copied defendant Spirko for her response to the same question. Thank you.

1 of 3

Regards,

Michael

**Michael David Douglas, Esq.**
**606 Venice Blvd. #318**
**Venice, CA 90291**
**mdouglas@mddlegal.com**
**760-815-3453**
**www.mddlegal.com**



This email, including all of its contents and attachments, is confidential and meant to be distributed to the intended recipient only. Should you have received this email in error please report it to the sender and permanently delete it immediately.

**From:** Colin H. Rolfs <crolfs@millerbarondess.com>
**Date:** Monday, August 10, 2026 at 1:49 PM
**To:** Michael Douglas <mdouglas@mddlegal.com>
**Cc:** Angelica Ransom <aransom@millerbarondess.com>; Alexandra Rahimi <arahimi@millerbarondess.com>; Mark A. Barondess <mbarondess@Millerbarondess.com>
**Subject:** Dos Amicas v. Spirko - L.R. 7-3

Michael,

Please let us know your availability to meet and confer pursuant to Local Rule 7-3 by telephone on August 11 or 12, 2026 regarding Defendant Dana Crosland McLendon III's anticipated motions to dismiss under Rules 12(b)(1), (2), and (6) and motion to strike pursuant to California's anti-SLAPP statute.

Best,
**Colin H. Rolfs**

M I L L E R  |  B A R O N D E S S ʟʟᴘ
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-5242
Fax: 310-552-8400
crolfs@millerbarondess.com
www.millerbarondess.com
Biography

2 of 3

🌲 Please consider the environment – do you really need to print this email?

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.