AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>2:26-cv-4915 DSF | DATE FILED<br>5/6/2026 | United States District Court, Central District of California - Western Division<br>255 East Temple Street Los Angeles, CA 90012-3332 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Dos Amicas LLC | Katie Osborn Spirko; Dana Crosland McLendond |

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
|---|---|---|
| 1 1-15153546671 | Full Disclosure: The Justice Game | DOSAMICAS |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment<br>Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1) | ☐ Yes ☑ No | 8/17/2026 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Brian D. Karth | /s/ J. Lam | 8/26/2026 |

[redacted]

3) Upon termination of action, [redacted]