**THE LAW OFFICE OF MICHAEL DAVID DOUGLAS (MDD Legal)**
Michael David Douglas, Esq. (SBN 265210)
mdouglas@mddlegal.com
606 Venice Blvd. #318
Venice, CA 90291
Telephone: (760) 815-3453

Attorney for Plaintiff,
DOS AMICAS LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOS AMICAS LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>KATIE OSBORN SPIRKO, an individual; DANA CROSLAND MCLENDON, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No: 2:26-cv-04915-DSF-SSC**<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURUSANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff DOS AMICAS LLC dismisses this entire Action as to all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: August 17, 2026

**THE LAW OFFICE OF MICHAEL DAVID DOUGLAS (MDDLegal)**

By: /s/ *Michael David Douglas*
Michael David Douglas, Esq.
Attorney for Plaintiff DOS AMICAS LLC